UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN RUIZ,
                 Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,
                 Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 4399 (VB)

    The Court has been advised that the parties have settled this case. (Doc. #99). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 29, 2022. To be clear, any application to restore the action must be filed by April 29, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to terminate the letter-motion. (Doc. #99).

Dated: March 30, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge